FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Oct 9  PH '03

U.S DISTRICT COURT
NEW HAVEN, CONN.

SHERON ROSE,
    Plaintiff,

v.                                                                                      CIVIL NO. 3:02CV1806(GLG)

PANOLAM INDUSTRIES
INTERNATIONAL INCORPORATED,
    Defendant.                              OCTOBER 8, 2003

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, Plaintiff, Sheron Rose hereby moves for a forty-five (45) day extension of time, from October 22, 2003 up to and including December 5, 2003, within which to respond to Defendant, Panolam Industries International Incorporated's., September 30, 2003 Motion for the Summary Judgment. The plaintiff requires the additional time to properly address and respond to the Defendant's motion.

Counsel for the Defendant, Attorney James F. Shea was contacted and responded that he had no objection to a forty-five (45) day extension of time.

*Motion GRANTED in the absence of opposition.*
*Gerard L. Goettel, USDJ*
*10/14/03*

PLAINTIFF,
SHERON ROSE

By: _____
Ikechukwu Umeugo(ct04536)
Umeugo & Associates, P.C.
840 Orange Ave., 2nd Floor
P.O. Box 26373
West Haven, CT 06516
(203) 931-2680

**ORAL ARGUMENT NOT REQUESTED**