FILED

2003 DEC -9 P 4: 17

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
NEW HAVEN, CONN.

SHERON ROSE,
      Plaintiff,

v.       :      CIVIL NO. 3:02CV1806(GLG)

PANOLAM INDUSTRIES
INTERNATIONAL INCORPORATED,
      Defendant.       :      DECEMBER 5, 2003

## PLAINTIFF'S MOTION IN OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff, Sheron Rose hereby moves the court to enter an order denying summary judgment for Defendant because the evidence submitted, Local Rule 56(a)(2) statement, plaintiff's affidavit and deposition testimony show that there is a genuine issue of material facts in dispute and as a matter of law, the Plaintiff can sustain her burden of proof that the Defendant has violated Sheron Rose's rights under federal law, thus summary judgment is inappropriate.

The rationale for this motion in objection is set out in an accompanying memorandum of law.

                        **PLAINTIFF,**
                        **SHERON ROSE**

By: _____
                        Ikechukwu Umeugo(ct04536)
                        Umeugo & Associates, P.C.
                        840 Orange Ave., 2nd Floor
                        P.O. Box 26373

**ORAL ARGUMENT REQUESTED**      West Haven, CT 06516
                        (203) 931-2680

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 5th day of December, 2003, via first class mail, postage prepaid to:

James F. Shea, Esq.
Sarah C. Baskin, Esq.
Jackson Lewis LLP
55 Farmington Avenue
Suite 1200
Hartford, CT 06105

_____
Ikechukwu Umeugo