UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHERON ROSE, <br>     Plaintiff, | : <br> : <br> : | |
| | : | CIVIL NO. 3:02 CV 1806 (GLG) |
| v. | : <br> : | |
| PANOLAM INDUSTRIES INTERNATIONAL, INCORPORATED, <br>     Defendant. | : <br> : <br> : | DECEMBER 16, 2003 |

## DEFENDANT'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule of Civil Procedure 7(b), Defendant Panolam Industries International, Inc. respectfully moves for an extension of time of fifteen (15) days, up to and including January 5, 2003, to file its Reply Brief in Further Support of Its Motion for Summary Judgment dated September 30, 2003.

1.      Defendant filed its motion for summary judgment on September 30, 2003. Plaintiff requested and received a forty-five (45) day extension of time to file her objection.

2.      Plaintiff filed her Motion in Objection to Defendant's Motion for Summary Judgment on December 5, 2003. Defendant's reply brief is currently due on December 19, 2003.

3.      Defendant needs additional time in which to properly analyze and respond to the legal issues raised by Plaintiff's Objection and due to the holiday schedule.

4.      This is the first such motion for enlargement of time filed in this case.

5.    The undersigned has contacted counsel for Plaintiff to request his position on this Motion and he has stated that Plaintiff has no objection to the Motion.

WHEREFORE, Defendant respectfully moves for a fifteen (15) day extension of time, up to and including January 5, 2003, to file its Reply Brief.

THE DEFENDANT,
PANOLAM INDUSTRIES
INTERNATIONAL, INCORPORATED

By: _____
James F. Shea (ct16750)
Sarah C. Baskin (ct 13570)
Jackson Lewis LLP
55 Farmington Avenue
Suite 1200
Hartford, CT  06105
(860) 522-0404

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid, on this 15th day of December 2003, to the following counsel of record:

Ikechukwu Umeugo
Umeugo & Associates, P.C.
840 Orange Avenue, 2nd Floor
West Haven, CT 06516
Ph. 203.931.2680

Attorneys for Plaintiff

_____
James F. Shea

H:\Client Folder\P\Panolam Industries\Rose\Usdc\MSJ\Motion Extension Reply.doc

3