**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
----------------------------------X
SHARON ROSE,                      :
                                  :
        Plaintiff,                :         **ORDER**
                                  :
    -against-                     :
                                  :         **3: 02 CV 1806 (GLG)**
PANOLAM INDUSTRIES INTERNATIONAL  :
INCORPORATED,                     :
                                  :
        Defendant.                :
----------------------------------X


Defendant's motion for extension of time to file a reply

brief in further support of its motion for summary judgement

[Doc. #21] is hereby **Granted.**


        **SO ORDERED.**


**Dated:    December 22, 2003**
**          Waterbury, CT**                _____/s/_____
                                            **Gerard L. Goettel**
                                               **U.S.D.J.**