**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

SHERON ROSE

v.

PANOLAM INDUSTRIES
INTERNATIONAL INCORPORATED

Civil No.  3:02CV1806 GLG

## JUDGMENT

This matter came on for consideration on defendant's motions for summary judgment before the Honorable Gerard L. Goettel, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on February 2, 2004, entered an Opinion  granting the relief requested by the defendant.   It is  therefore ORDERED and ADJUDGED that judgment is entered for the defendants  and the case is closed.

Dated at New Haven, Connecticut, this 4th day of February. 2004

KEVIN F. ROWE, Clerk
By

Frank DePino
Deputy Clerk

EOD 2/4/04

1