**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SHERON ROSE,<br>Plaintiff,<br><br>v.<br><br>PANOLAM INDUSTRIES INTERNATIONAL, INCORPORATED,<br>Defendant. | CIVIL NO. 3:02 CV 1806 (GLG)<br><br><br><br>MARCH 11, 2004 |

**DEFENDANT'S VERIFIED BILL OF COSTS**

Pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure and D. Conn. L. Civ. R. 54, the prevailing party in this action, Defendant Panolam Industries International, Inc. ("Panolam"), hereby submits this verified Bill of Costs.

On February 4, 2004, the Court entered judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure in favor of Panolam on all counts of Plaintiff's Complaint. More than 30 days have passed since the entry of judgment and Plaintiff has not filed a timely notice of appeal with the district clerk in accordance with Fed. R. App. P. 4 (a)(1)(A).

The following is a detailed itemization of the costs incurred by Panolam that are taxable pursuant to D. Conn. L. Civ. R. 54.

A. Fees of the Court Reporter

Pursuant to Local Rule 54(c)(2)(ii), Panolam seeks to recover costs incurred in connection with the deposition of Sharon Rose, which was necessarily obtained for preparation of the case and used in support of Defendant's Motion for Summary Judgment.

1. Original and one copy of the transcript of the deposition of Sharon Rose on April 22, 2003 used in support of Defendant's Motion for Summary Judgment (including sales tax and postage). Invoice attached: $772.93

2. Appearance fee of court reporter. Invoice attached: $80.00

B. <u>Fees for Copies of Papers Necessarily Obtained for Use in the Case</u>

Pursuant to Local Rule 54(c)(3)(iii), Panolam seeks to recover costs incurred for copies of exhibits appended to Defendant's Motion for Summary Judgment.

1. 507 copies at 10 cents per page: $50.70

**TOTAL COSTS: $903.63**

Respectfully submitted,

THE DEFENDANT,
PANOLAM INDUSTRIES INTERNATIONAL, INC.

By: ______________________________

Margaret J. Strange (ct 08212)
James F. Shea (ct 16750)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel. (860) 522-0404
Fax (860) 247-1330
strangem@jacksonlewis.com
sheaj@jacksonlewis.com

**VERIFICATION**

Pursuant to 28 U.S.C. § 1924, I, James F. Shea, hereby declare as follows:

1. I am the authorized attorney for Defendant Panolam Industries International, Inc. and have knowledge of the facts concerning the costs incurred by Defendant in defending this matter.

2. I have carefully reviewed Defendant's Verified Bill of Costs and verify that the items are correct, that the costs were necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

3. I have attached an invoice for the court reporter fees associated with this Bill of Costs.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2004.

James F. Shea

Signed and sworn to before me
this 11th day of March 2004.

Notary Public
My Notary Commission Expires On:

DEBORAH THERIAULT
*NOTARY PUBLIC*
MY COMMISSION EXPIRES AUG. 31, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day March 2004, a copy of the foregoing was served via first class mail, postage prepaid, on the following counsel of record:

Ikechukwu Umeugo
Umeugo & Associates, P.C.
840 Orange Avenue, 2nd Floor
West Haven, CT 06516

James F. Shea

H:\Client Folder\P\Panolam Industries\Rose\Usdc\Bill of Costs.doc
54229

## Brandon Smith Reporting Service, LLC — Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850 Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Thursday, May 01, 2003 | 4178rr |

James F. Shea
Jackson, Lewis, Schnitzler & Krupman
55 Farmington Ave.
Suite 1200
Hartford, CT 06105

Phone: Fax:

**Witness:** Rose, Sheron
**Case:** Rose vs. Panolam
**Venue:**
**Case #:** 3:02CV1806 (GLG)
**Date:** 4/22/2003
**Start Time:** 10:00 AM
**End Time:** : 0
**Reporter:** Tiffany Pratt
**Claim #:**
**File #:**

4587ss

| Description | Quan | Total |
|---|---|---|
| Original and One | 181 | $714.95 |
| Appearance | 1 | $80.00 |
| Multipage Condensed | 1 | $30.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $49.98 |
| Sub Total | | $882.93 |
| Payments | | $882.93 |
| Balance Due | | $0.00 |

**Fed. I.D. # 06-1448649**

***We accept Visa, Mastercard and American Express!***