UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHERON ROSE, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO. 3:02CV1806(GLG) |
| | : | |
| PANOLAM INDUSTRIES | : | |
| INTERNATIONAL INCORPORATED, | : | |
|     Defendant. | : | MARCH 18, 2004 |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S VERIFIED BILL OF COSTS**

    The Plaintiff, Sheron Rose, respectfully requests that the Court deny the Defendant, Panolam Industries International, Inc.'s verified Bill of Costs on the following grounds:

1. There was evidence of issues with regard to her employer on the record and the Plaintiff should not punished for bringing an action, and it was her constitutional right to file the lawsuit;

2. It was the Defendant's decision to depose the Plaintiff even after all the Interrogatories had been answered and Requests for Production had been satisfied.

**ORAL ARGUMENT NOT REQUESTED**

WHEREFORE, the Plaintiff respectfully requests that the Defendant's verified Bill of Costs be denied.

        **PLAINTIFF,**
        **SHERON ROSE**

By: _____
      Ikechukwu Umeugo(ct04536)
      Umeugo & Associates, P.C.
      620 Boston Post Road
      P.O. Box 26373
      West Haven, CT 06516
      (203) 931-2680

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 18th day of March, 2004, via first class mail, postage prepaid to:

James F. Shea, Esq.
Sarah C. Baskin, Esq.
Jackson Lewis LLP
55 Farmington Avenue
Suite 1200
Hartford, CT 06105

_____
Ikechukwu Umeugo